No. 69336.—Rover, Inc. *v.* United States, protest 64/11213 (San Francisco).

Opinion by RAO, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 69337.—Thornley & Pitt, Inc. *v.* United States, protest 64/12809 (San Francisco).

Opinion by RAO, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, JUNE 3, 1965

No. 69338.—Empire Findings Co., Inc., et al. *v.* United States, protests 64/22286, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the items of merchandise marked "S" and "P" consist of stethoscopes or parts thereof, respectively, similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiffs was sustained.

No. 69339.—Morris Friedman *v.* United States, protest 62/5810 (Philadelphia).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of Christmas lanterns similar in all material respects to those the subject of Abstract 68673, the claim of the plaintiff was sustained.